[No. 18455-9-II.    Division Two.    July 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH GUY YACONETTI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-04307-6, Karen L. Strombom, J., entered June 14, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Bridgewater, J.

[No. 18579-2-II.    Division Two.    July 12, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. STEVEN JOHN KLATTENHOFF, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-00201-5, Roger A. Bennett, J., entered July 28, 1994. *Reversed* by unpublished opinion per Haberly, J. Pro Tem., concurred in by Houghton, A.C.J., and Fleisher, J. Pro Tem.

[No. 18693-4-II.    Division Two.    July 12, 1996.]

*In the Matter of the Marriage of* DAVID A. PECK, *Appellant*, and CATHY JOANNE PECK, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-3-04344-0, Thomas Felnagle, J., entered September 9, 1994. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Turner, JJ. Now published at 82 Wn. App. 809.